Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ROBERT ANTHONY PATTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY PATTON,<br><br>　　　　Defendant. | CR-11-0827-EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

　　　　Upon the request of the defendant ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Probation Department, and cause appearing because defense counsel is presently unavailable to consult with the defendant as he is engaged in a jury trial in the Sonoma County Superior Court,

　　　　The sentencing hearing presently scheduled for July 11, 2012 is hereby continued from July 11, 2012 to August 8, 2012 at 2:00 p.m., before the Hon. Edward M. Chen.

　　　　Dated: July 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　GEORGE C. BOISSEAU
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　ROBERT ANTHONY PATTON

1

| 1 | IT IS SO STIPULATED. |
| - | - |
| 2 | Dated: July 9, 2012 |

/s/
OWEN MARTIKAN
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing presently scheduled for July 11, 2012 is hereby continued from July 11, 2012 to August 8, 2012 at ~~2:00~~ 2:30 p.m., before the Hon. Edward M. Chen.

It is further ordered that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

IT IS SO ORDERED.

Dated: 7/10/12

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen