Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ROBERT ANTHONY PATTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-11-0827-EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| v. | |
| ROBERT ANTHONY PATTON, | |
| Defendant. | |

Upon the request of the defendant ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Probation Department, and cause appearing because defense counsel is presently unavailable to consult with the defendant or adequately prepare for the sentencing hearing as he has just completed a six-week criminal jury trial in the Sonoma County Superior Court,

The sentencing hearing presently scheduled for August 8, 2012 is hereby continued from August 8, 2012 to September 12, 2012 at 2:00 p.m., before the Hon. Edward M. Chen.

Dated: August 2, 2012

/s/
GEORGE C. BOISSEAU
Attorney for Defendant
ROBERT ANTHONY PATTON

1

IT IS SO STIPULATED.

Dated: August 2, 2012

                                        /s/
                                  OWEN MARTIKAN
                                  Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the sentencing hearing presently scheduled for August 8, 2012 is hereby continued from August 8, 2012 to September 12, 2012 at ~~2:00~~ 2:30 p.m., before the Hon. Edward M. Chen.

IT IS SO ORDERED.

Dated: 8/7/12

IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA